# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| *In re* **BAYCOL PRODUCTS LITIGATION** | : | MDL No. 1431 |
| | : | (MJD/JGL) |
| **This Document Relates to:** | : | |
| | : | |
| *Emery Dodd, et al. v. Bayer Corp., et al.* | : | Case No. 04-1640 |

## ORDER

Based on the stipulated submissions pursuant to PTO 81 and this Court's Order of August 5, 2004, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED:**

The claims of Mary Dominguez, Francis Dykstra, Edna Ellis, Carlos Estrada, Edward Felix, Scott Ferguson, Robert Fischer, Glenn Flatt, Louise Gagnon, Joe Gallegos, Gail Goddard, Leopoldo Gomez, Helen Gracia, Kenneth Greggory, William Greggory, Bobby Guyton, Alfred Harlev, Catherine Hartline, Lupe Haviland, Alden Herman, Robert Hernandez, Florence Hertaus, Ralph Hinojosa, Jr., Desmond Hooey, Mae Huggins, Bonnie Hyman-Figy, Francisco Jaime, Patricia Janssen, Gerald Jiron, Dalcie Johnson, Edward Johnson, Gail Jones, Alex Juarez, and Jerry Kamchi are **DISMISSED WITH PREJUDICE** from the above-captioned case.

Dated: DEC 08 2004

_____
The Honorable Michael J. Davis
United States District Court

SCANNED
DEC 10 2004
U.S. DISTRICT COURT MPLS